IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-2699-WJM-KLM

DAKTRONICS, INC.,

    Plaintiff,

v.

SKYLINE PRODUCTS, INC.,

    Defendant.

**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE
PURSUANT TO RULE 41(A)(2)**

Plaintiff Daktronics, Inc. ("Daktronics") and Defendant Skyline Products, Inc. ("Skyline") (collectively, the "Parties"), have jointly filed a "Joint Motion to Dismiss with Prejudice Pursuant to Rule 41(a)(2)" pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Parties have entered into a April 28, 2017 settlement agreement settling all claims asserted in this action. The Parties further request that dismissal be conditioned on the Court's retention of jurisdiction over the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

In view of the foregoing, the Court finds that an order dismissing all claims asserted by Daktronics against Skyline, and any counterclaims asserted by Skyline against Daktronics should be entered. The Court expressly retains jurisdiction over the parties' April 28, 2017 Settlement Agreement (including all exhibits), the terms of which are hereby incorporated into this Order. Therefore, all claims and counterclaims

asserted by either party are hereby dismissed with prejudice, each party to bear its own costs and fees.

Dated this 1st day of May, 2017.

BY THE COURT:

_____
William J. Martinez
United States District Judge